UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:                              CHAPTER 7
    Michael G. Hall              BANKRUPTCY NO. 11-50928-JMS
    Debtor

**APPEARANCE**

\*   \*   \*   \*   \*   \*   \*

Comes now Justin L. Handshoe of MAPOTHER & MAPOTHER,

P.S.C., and enters an appearance on behalf of the Creditor

herein, Ford Motor Credit Company LLC, and requests that all

notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be

sent to counsel at the address set forth below.


MAPOTHER & MAPOTHER, P.S.C.



BY    /s/ Justin L. Handshoe
       Justin L. Handshoe
       Counsel for Creditor
       Mapother & Mapother, P.S.C.
       815 West Market Street
       Suite 500
       Louisville, KY  40202
       (502)638-4961

Y7C ()/11-01135-0

**CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, David M Kaplan, Attorney at Law, 9 Mentelle Park, Lexington, KY  40502, debtor, Michael G. Hall, 2072 Dorset Dr., Lexington, Kentucky  40504, and to the Trustee, James D. Lyon, 209 E. High Street, Lexington, KY 40507.

MAPOTHER & MAPOTHER, P.S.C.

BY:   /s/ Justin L. Handshoe
      Justin L. Handshoe
      Counsel for Creditor

Y7C ()/11-01135-0